AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>BRUCE HENRY GREEN IV<br><br>*Defendant(s)* | ) <br> ) <br> ) Case No.<br> ) 1:16mj407<br> ) <br> ) |

SEP - 4 2016

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 3, 2016__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 13, assimilating Section 18.2-308(A) Code of Virginia | Defendant knowingly and intentionally possessed a concealed weapon |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Brandon L. Van Grack

*Complainant's signature*
Jonathan P. Daniels, Sergeant
U.S. Park Police
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/4/16

/s/
Michael S. Nachmanoff
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, VA

Hon. Michael S. Nachmanoff
U.S. Magistrate Judge
*Printed name and title*