IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

SEP - 4 2016

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:16-mj-407 |
| V. ) | |
| ) | |
| BRUCE HENRY GREEN IV ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jonathan P. Daniels, being duly sworn, depose and state the following:

1. I am a Patrol Sergeant of the United States Park Police and have been so employed in a law enforcement capacity for seventeen years. Currently, I am assigned to George Washington Memorial Parkway, District Two, located within the Eastern District of Virginia. I am assigned to enforce various federal, state, and local laws and regulations.

2. The facts set forth in this affidavit are based on my personal knowledge, as well as information conveyed to me by other law enforcement officials. This affidavit does not include each and every fact observed by me or known to the government. I have set forth only those facts necessary to support a finding of probable cause.

3. On the evening of September 3, 2016, I was conducting traffic enforcement near the George Washington Memorial Parkway ramp located close to the Central Intelligence Agency headquarters, which is in the Eastern District of Virginia. This area is a posted 50mph speed limit zone. I was utilizing Radar Unit DS35696, which I function-tested at the beginning and end of my shift. Both tests confirmed that the unit was functioning properly.

4. At approximately 9:25pm, I observed a vehicle going southbound on the George Washington Memorial Parkway traveling in the left lane, which I visually estimated to be

traveling at 80mph. I observed the vehicle overtake a slower vehicle in the right lane. I subsequently activated my rear antennae and received a reading of 78mph, and heard an audible tone consistent with that speed. I tracked the vehicle through the radar operational field.

5. When the vehicle passed my location, I observed it was a white 4-door Chevrolet car bearing DC tags (EN0697). I pulled behind the vehicle in order to conduct a traffic stop. As I traveled behind the vehicle, it slowed down to 72mph, and continued traveling at that speed until I conducted a traffic stop going southbound George Washington Memorial Parkway near Route 123.

6. As I approached the driver, I observed he was the sole occupant of the vehicle. I asked for identification, and observed from the driver's D.C. license that he was BRUCE HENRY GREEN IV. While speaking with GREEN, I smelled marijuana emanating from the vehicle. GREEN appeared visibly nervous; he was talking fast and kept saying he just wanted to go home. GREEN's breathing was very rapid.

7. I returned to my vehicle and requested the assistance of another unit. Officer Mace arrived on scene to assist. I approached on the driver side of the vehicle and Officer Mace approached on the passenger side. When I asked GREEN to step out of the vehicle, I observed that he put his right hand on his right leg over his pants pocket, and held his hand there. GREEN began asking why he needed to exit the vehicle, and started to put up all of the car windows. Several times I asked GREEN to step out of the vehicle. After GREEN failed to comply, I opened the driver-side door and GREEN stepped out. I immediately detained GREEN and conducted a pat down. During the pat down, I felt a firearm located inside Green's right front pants pocket. When I touched that pocket, GREEN stated "I was robbed."

8. I retrieved the firearm from GREEN's pocket. The firearm is a North American Arms 22 Magnum 4-Shot Revolver, and contained 3 bullets and 1 spent casing in its cylinder.

9. GREEN could not produce any paperwork stating that he had a concealed firearms permit. A subsequent computer check through VCIN revealed that he did not have a concealed firearm permit for that firearm

10. After retrieving the firearm, I placed GREEN under arrest and continued my search of his person. Located in Green's left front pants pocket was $409.50 in small denominations. GREEN stated that he had just been paid; he later stated that he was unemployed.

11. During a search of the vehicle, directly in front of the driver's seat on the floorboard, I observed a digital scale and a clear bag containing approximately 34 grams of suspected marijuana. The substance later tested positive for traces of THC, the main ingredient in marijuana. I observed a small piece of cellophane containing a small amount of suspected marijuana, remnants of a rolled up cigarette with suspected marijuana, and four new sandwich bags

12. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

## CONCLUSION

Based on the foregoing, I believe probably cause exists to charge BRUCE HENRY GREEN IV with possession of a concealed weapon in violation of 18 U.S.C. § 13, assimilating §18.2-308(A), Code of Virginia.

_____
Jonathan P. Daniels
Patrol Sergeant, U.S. Park Police

Sworn to and subscribed before me on September 4, 2016.

_____/s/_____
Michael S. Nachmanoff
United States Magistrate Judge
The Honorable Michael S. Nachmanoff
United States Magistrate Judge